**FILED**
CLERK, U.S. DISTRICT COURT

11/4/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_JB\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AARON MICHAEL ALLEN,<br>　aka "Allen Aaron Michael,"<br><br>　　　　Defendant. | CR　2:22-cr-00514 -DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1709: Theft and Embezzlement of Mail by a Postal Service Employee] |

　　　The Grand Jury charges:

[18 U.S.C. § 1709]

　　　On or about December 15, 2020, in Los Angeles County, within the Central District of California, defendant AARON MICHAEL ALLEN, also known as "Allen Aaron Michael," an employee of the United States Postal Service, stole, abstracted, and removed articles from the mail, namely, five Mastercard gift cards, including a $300 Mastercard gift card with card identification number 3477744688 and a $500 Mastercard gift card with card identification number 3338623493, contained in mail addressed to the H. Family in Pasadena, California,

///

which had come into his possession intended to be conveyed by the United States mail.

A TRUE BILL

      /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section